# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

                      v.                                            **Crim. No. 7:11-CR-163-1H**

**JEROME MARVIN SHIPMAN**

      On February 12, 2016, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

                                               I declare under penalty of perjury that the foregoing is true and correct.

                                               /s/ Van R. Freeman, Jr.  
                                               Van R. Freeman, Jr.  
                                               Deputy Chief U.S. Probation Officer  
                                               150 Rowan Street Suite 110  
                                               Fayetteville, NC 28301  
                                               Phone: 910-354-2542  
                                               Executed On: September 28, 2020

## ORDER OF COURT

      Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

      Dated this   29th   day of   September  , 2020.

                                               Malcolm J. Howard  
                                               Senior U.S. District Judge